# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required ... except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the ... the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS:** Zachary A McGraw JR

**DEFENDANTS:** The City of Chicago + Dept of Aviation

**(b) County of Residence of First Listed Plaintiff:** Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant:** Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number):**
Zachary A McGraw JR
Chicago ILL 1817 N Mobile 60639

**Attorneys (If Known):**

FILED
NOV 15 2007
Nov. 15, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6481
JUDGE ZAGEL
MAG. JUDGE COX

## II. BASIS OF JURISDICTION
- [X] 3 Federal Question (U.S. Government Not a Party)

## IV. NATURE OF SUIT
- [✓] 442 Employment

## V. ORIGIN
- [✓] 1 Original Proceeding

## VI. CAUSE OF ACTION
The unlawful political discrimination

## VII. REQUESTED IN COMPLAINT:
DEMAND $: Fair unspecified amount
JURY DEMAND: [✓] Yes

## VIII. This case
[✓] is not a refiling of a previously dismissed action.

**DATE:** 11-15-07

**SIGNATURE OF ATTORNEY OF RECORD:** Zachary A McGraw JR