

**FILED**
NOV 1 5 2007 rg
Nov. 15, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Zachary A. McGraw SR
_____
Plaintiff

v.

The city of Chicago + Dep to f Aviation
_____
Defendant(s)

07CV6481
JUDGE ZAGEL
MAG. JUDGE COX

JH

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Zachary A McGraw SR, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?    ☐Yes    ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes  ☐No   Monthly amount: _____

2. Are you currently employed?     ☐Yes    ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?    ☐Yes    ☐No   Separated
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                              ☐Yes    ☐No
      Amount  NONE          Received by  NONE

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount_____ Received by_____

f. ☐Any other sources (state source:_____) ☐Yes ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☐No Total amount: *NONE*
In whose name held: *NONE* Relationship to you: *NONE*

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property: *NONE* Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:_____
Type of property:_____ Current value: *NONE*
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property: *NONE*
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
*NONE*

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: *11-15-07*

*Zachary A McGraw JR*
Signature of Applicant

*Zachary A McGraw JR*
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then <u>divide</u> by number of months).

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 10/10/2007

```
              IDES CLAIM ELIGIBILITY MONETARY DETERMINATIONS        PAGE = 01

SSN 340 48 8801  0    BYB 11 14 2007 DC    00 SPOUSE SSN              15:52:15
BYE=02/17/2008 CLM=02/18/2007 PGM=A    SUB=A TYP=A 607B=D OC=000    LEU=0039152
WBA 143.00  DC  51.00 MBA  3718.00 BALANCE  1001.00 STOP-IND YES LO  011


                                    ------------------WAGES BY QUARTER---------------
ACCT/ST  --EMPLOYER NAME/DBA--   3/2006      4/2006     1/2007     2/2007    3/2007
4129925  SAFETY SERVICE SYSTEM   3462.68     239.40       0.00       0.00      0.00
  A      SAFETY SERVICE SYSTEM
4366407  CEQUR SECURITY LLC         0.00      91.00       0.00       0.00      0.00
  A      CEQUR SECURITY LLC
END FOR  MCGRAW ZACHARY          3462.68     330.40       0.00       0.00      0.00

0039152  ADMIRAL SECURITY SERV      0.00    3648.00    1909.50       0.00      0.00
  A      ADMIRAL SECURITY SERV
END FOR  MCGRAW ZACHARY             0.00    3648.00    1909.50       0.00      0.00


TOTAL WAGES BY QTR               3462.68    3978.40    1909.50       0.00      0.00


PF1-BASIC      PF2-DETIQ
SEE NEXT SCREEN FOR ADDITIONAL DATA.                                         11/14/07
```

```
                 IDES CLAIM ELIGIBILITY MONETARY DETERMINATIONS           PAGE LAST

SSN 340 48 8801  0     BYB 11 14 2007 DC    00 SPOUSE SSN                    15:52:15
BYE=02/17/2008 CLM=02/18/2007 PGM=A     SUB=A TYP=A 607B=D OC=000     LEU=0039152
WBA 143.00  DC  51.00 MBA  3718.00 BALANCE  1001.00 STOP-IND YES LO   011


                                     ------------------WAGES BY QUARTER---------------
ACCT/ST --EMPLOYER NAME/DBA--  3/2006     4/2006     1/2007     2/2007      3/2007
TOTAL WAGES        9350.58    WBA 138.00    MBA  3588.00    DEP-AMT    0.00




PF1-BASIC      PF2-DETIQ
  CERT=11/10/2007 STAT=B STOP=B EXC=        RTW=00/00/0000 712 N TRUMBULL 11/14/07
```