**FILED**

NOV 1 5 2007

NOV. 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Zachary A McGraw JR
(Please print)

STREET ADDRESS: 1817 N. Mobile

CITY/STATE/ZIP: Chicago, IL 60639

PHONE NUMBER: 773-237-3788

CASE NUMBER: 07CV6481
JUDGE ZAGEL
MAG. JUDGE COX

Zachary A McGraw Sr
Signature/Date