## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6481 | **DATE** | December 18, 2007 |
| **CASE TITLE** | ZACHARY A. McGRAW, JR. v. THE CITY OF CHICAGO, DEPARTMENT OF AVIATION | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to proceed *in forma pauperis* [3] is granted. The case is dismissed as frivolous.

### STATEMENT

On November 15, 2007, Plaintiff sought leave to proceed *in forma pauperis*. I have reviewed the information submitted in conjunction with that motion, and leave is hereby granted.

However, I am dismissing Plaintiff's suit as frivolous. A right to sue letter was issued to Plaintiff in October 2006. The letter stated: "If you choose to commence a civil action, such suit must be filed in the appropriate court *within 90 days of your receipt of this Notice*." (Emphasis added). Yet, Mr. McGraw waited more than a year—until November 15, 2007— before filing his complaint in this Court. Accordingly, Plaintiff's suit is dismissed as frivolous.