Date - 12 - 21 - 07    (A)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINIOS
### EASTERN DIVISION

Zachary McGraw Plaintiff's

CASE NO 07C-6481
Judge ZAGEL

City of Chicago
Dept of Aviation

Defendant's

# FILED
DEC 2 1 2007    DEC 2 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION NOT TO DISMISS

PLaintiFF's Zachary A McGraw JR
TO Let Judge ZAGEL NOW That
Chief Judge James 7. Holderman
assigned Judge Gettleman
TO The case Equal Employment
OPPORTunity commission That
Case was with Judge Grady wrong
Court Room Then Judge Gottschall said
wrong court Room Then Back To Judge nolan
Then Chief Judge Holderman said next page

DATE - 12-21-07

# UNITED STATES District court
## NORTHERN District of ILLINOIS
### EASTERN Division

ZAchary A megraw plaintiff's

City of Chicago
Dept: of Aviation

Defendan'ts

Case NO 07C-6481

Judge ZAGEL

Page 2

## MOTION NOT TO Dismiss

my MOTION that Judge Gettleman hasit reassigned To case 07C-414 E.E.o.C case 90 day To Filed in the appropriate court That why The case you have is not That it is "UNLawFuL" "political discrimination" Employmen Under The Shakman decree and Judgement in! Hon. wayne R. ANderson courtRoom 12 million settle city give up mayor set aside The Money For injury victim next page.

DATE 12-21-07

# UNITED STATES DISTRICT COURT

## NORTHERN District of ILLINOIS

## EASTERN Division

ZACHARY mebraw Plaintiff's

CASE NO 07C-6481

Judge ZAGEL

Defendant's

City of chicago
Dept i of Aviation

## MOTION NOT TO DISMISS

age3. That why I HAVE The Right To
opt-out The court class members
for injunctive Relief Such as
reinstatement and promotion. To
painter, document are Their so
E.E.O.C is Race Discrimination case
an ReLATIONS, Judges GetThemt your case Judge
(ZAGEL is "political discrimination 'Eployment "
so error was done so case can be
dismiss because it a new case Nextpage

DATE - 12-24-11 -07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Zachary McGraw Plaintiff's

CASE NO. 07C-6481

Judge ZAGEL

City of Chicago
Dept. of Aviation

Defendant's

4. That why I pay for This case
because chief Judge and U.S Department
of Justice since Letter To Fill
compliant on Judge castillio and
michaeel w. Dobbins, clerk of court
Just since Letter before I pay for
your court Room saiding This action
is dismissed, in its entirely But I was
Told pay for newcases, Judges and clerk
are wrong, so The court of Appeals
has The compliant in court. Next pages.

DATE 12-21-07

# UNITED STATES District court
## NORTHERN District of ILLinios
## Eastern Division

ZAChary mebraw PLainititts

Case NO 07C-6481

Judge ZAGEL

Cityofchicago Defendants
Dept: of Aviation

## MOTION NOT TO DismiSS

5. So I was Told The case 07C-6481
cause be overturn To not dismiss
because done in ERROR, reinSTATE case.
I have To wake To see what Judge
ZAGEL said Then Tell CheiF Justice
about ERROR, FOR Justices so Case
Can go ON. "Justices" is all we
Want me and my Family
make whole agaiwt For wrong doin
PLease Look at document   next pages.

UNITED STATES DiStrict court

NORtheeN DistrictofILLiNois

EasterN DiviSioN

ZacharyMcbraw PlaintitiffS

caseNo O7C-6481

Judge ZAGEL

cityofchicago DefeNdent'S
Deptiof Aviation

6,

## MOTION NOT TO DisMiSS

SORRY Judge castillio did whathe
did But it was wrong To deliberately
hinder me and my Family Take away
My Opportunity. But The Judge Took
The head in JudgeBack chamber
not in open court side with the city
and not chicago commissioNoR E.E.O.C
OR me, Finding The mayor said Settles
The case, of Political hiring ScandeL
film 57 videO For Justices. wait For ReplY To reinstat
                                                    mso.

# MILLER SHAKMAN & BEEM LLP

ATTORNEYS AND COUNSELORS

180 NORTH LA SALLE STREET

SUITE 3600

CHICAGO, ILLINOIS 60601

TELEPHONE (312) 263-3700

FAX (312) 263-3270

July 3, 2007

WRITER'S DIRECT LINE

(312) 759-7245

**Via U.S. Mail**
Zachary McGraw
712 N. Trumbull
Chicago, IL 60624

Dear Zachary McGraw:

I am writing because you previously contacted our office regarding patronage practices by the City of Chicago. As we stated before, we do not represent you individually. For legal advice and assistance you will need to find another attorney.

We do represent several named individuals and a class of individuals generally in a lawsuit against the City known as the Shakman case. There has been a settlement in that case. If you have been the victim of political discrimination by the City, you may be able to collect up to $100,000 out of a $12 million fund created for such victims. To do so, you will need to obtain a claim form (enclosed), complete it, and submit it to the Shakman Decree Monitor, Noelle Brennan, before September 28, 2007. Claim forms are also available on-line at www.shakmanmonitor.com or in City Hall, Room 100, 121 N. LaSalle St., Chicago, Illinois. The monitor's number is 312-750-0750. You are not required to hire an attorney to fill out a claim form. If you need assistance filling out the claim form, one of the attorneys on the enclosed list may be able to help.

Alternatively, you have the right to "opt-out" of the settlement and file your own individual lawsuit instead. To do so, you will need to file an opt-out form (enclosed) before September 28, 2007. Whether it is in your best interest to participate in the settlement or to opt-out is up to you and your attorney.

Thanks again for contacting us with helpful information and good luck with your claims.

Sincerely,

Fredrick E. Vars

Encls.



received
9/27/07 –
FORM 1

# OPT-OUT REQUEST FORM

## AGREED SETTLEMENT ORDER AND ACCORD

Entered in Shakman, et al. v. Democratic Organization of Cook County, et al.
(the "Shakman Case")

Date: **9-27-07**

Noelle C. Brennan
Shakman Decree Monitor
Brennan & Monte, Ltd.
20 S. Clark
Suite 1530
Chicago, IL 60603

Name: **ZAchary A McGraw JR**

Address: **712 N. Trumbull**

**Chichago, IL 60624**

Telephone: **773-237-3788**

Check the Class(es) to which you belong (failure to identify a class has no effect on your right to assert a claim in any capacity in any subsequent litigation.):

___ Current City Employee
**X** Former City Employee
**X** Applicant for Employment with the City
___ Candidate for Public Office
___ Registered Voter

I wish to be excluded from membership in the settlement classes in this case.

**Zachary A McGraw JR**
(Signature)



Exhibit III.C

# ACCORD OPT-OUT REQUEST PROCEDURES

Pursuant to the

## AGREED SETTLEMENT ORDER AND ACCORD ("ACCORD")
Entered in Shakman, et al. v. Democratic Organization of Cook County, et al.
(the "Shakman Case")

### OPT-OUT REQUEST FORMS (Form 1) MUST BE RECEIVED
### BY THE SHAKMAN DECREE MONITOR
### BY SEPTEMBER 28, 2007

If you believe that you have been subjected to unlawful political discrimination in connection with hiring, promotion, overtime or any other aspect of employment with the City of Chicago prior to May 31, 2007 (the date of final approval of the Accord), you may have a claim for damages and/or injunctive relief against the City of Chicago.

The Accord creates a new claim process for anyone who believes that s/he was subjected to unlawful political discrimination between January 1, 2000 and May 31, 2007 (the date of final approval of the Accord). For details regarding the Accord Claim process, please review Section III of the Accord and the Accord Claim Procedures which are posted on the Shakman Decree Monitor's website, www.shakmanmonitor.com.

Not all class members are eligible to submit an Accord Complaint under Section III of the Accord. If you are in one of the groups described below and would like to pursue any claim of unlawful political discrimination you may have against the City of Chicago, you must submit an Opt-Out Request Form (Form 1) or your claim will be waived.

    1.    If your Claim involves alleged unlawful political discrimination that took place before January 1, 2000.

    2.    Relief under the Claim Process is limited to monetary awards. No injunctive relief, such as reinstatement or promotion, is available through the Accord Claim Process. Such injunctive relief may be available through a legal action filed in a court of law. If you would like to pursue injunctive relief, you must submit an Opt-Out Request Form (Form 1) to the Shakman Decree Monitor before September 28, 2007.

The Court will exclude from the classes any Class Member who requests exclusion. If you want to be excluded from the classes, you must give written notice of your intent to opt-out of the classes by submitting an Accord Opt-Out Request Form (Form 1) to the Shakman Decree Monitor. If you elect to pursue a remedy outside of the Accord you should act quickly to protect whatever rights you may have.



Exhibit III.D

# ACCORD CLAIM PROCEDURES

### Pursuant to the

## AGREED SETTLEMENT ORDER AND ACCORD ("ACCORD")
### Entered in *Shakman, et al. v. Democratic Organization of Cook County, et al.*
### (the "Shakman Case")

### COMPLETED ACCORD CLAIM FORMS (Form 2) AND RELEASE OF CLAIMS AGAINST THE CITY OF CHICAGO FORMS (Form 3) MUST BE RECEIVED BY THE SHAKMAN DECREE MONITOR BY SEPTEMBER 28, 2007

If you believe that you have been subjected to unlawful political discrimination in connection with hiring, promotion, overtime or any other aspect of employment with the City of Chicago *between January 1, 2000 and May 31, 2007* (the date of final approval of the Accord), you may submit a completed Accord Claim Form (Form 2) to the Shakman Decree Monitor to be considered for possible money damages.

**Completed Accord Claim Forms (Form 2) and Release of Claims Against the City of Chicago Forms (Form 3) must be received by the Shakman Decree Monitor by September 28, 2007 (the "Claim Deadline").**

**Send completed Accord Claim Forms and a signed Release of Claims Against the City of Chicago to:**

> Noelle Brennan
> Shakman Decree Monitor
> Brennan & Monte, Ltd.
> 20 S. Clark
> Suite 1530
> Chicago, IL 60603

**Submitting an Accord Claim Form does not guarantee a monetary award.**

### I.     Am I Eligible to File an Accord Claim?

You may submit an Accord Claim Form (Form 2) if (1) you applied for a job or had a job with the City of Chicago and (2) you believe that you were subjected to unlawful political discrimination in connection with any employment decision by the City of Chicago that occurred **between January 1, 2000 and May 31, 2007.**

"Employment decision" includes, but is not limited to, any decision involving hiring, firing, promotion, job assignment, transfer, disciplinary action and overtime.

1

# Judge OKs $12 million Shakman settlement

FRIDAY, JUNE 1, 2007
CHICAGO SUN-TIMES | N    METRO | 19

## COST OF CLOUT | Fund will go to victims of city's rigged hiring

### BY FRAN SPIELMAN
City Hall Reporter/fspielman@suntimes.com

The Daley administration will create a $12 million fund to compensate victims of Chicago's rigged hiring system — and get out from under court supervision, if it behaves — under a settlement approved by a federal judge Thursday.

U.S. District Court Judge Wayne Andersen signed off on a settlement in the decades-old Shakman case, which stems from a federal decree that was supposed to ban political hiring and firing in city government — but didn't.

Thursday's approval came over the objections of a handful of city employees who told the court that $12 million wasn't enough and that City Hall will simply revert to its old tricks.

The mayor's former patronage chief, Robert Sorich, was convicted last summer of rigging city hiring to benefit pro-Daley armies of political workers. Former Streets and Sanitation chief, Al Sanchez, is awaiting trial on similar charges.

To underscore his commitment to reform, Mayor Daley signed an executive order promising that the city will not discriminate against its employees on the basis of politics, or retaliate against those who claim political discrimination. The order also requires city employees who witness political discrimination to report it to the city's inspector general.

Andersen's sign-off sets the stage for Daley to get out from under court supervision of city hiring by Dec. 31, 2008, if hiring monitor Noelle Brennan and the U.S. attorney's office who is appointed agree that there's been substantial compliance at that time.

But Andersen warned that he would be watching closely to make certain Inspector General David Hoffman is given the financial resources to vigorously police hiring. Daley has turned down Hoffman's

request for 10 more investigators.

Among city employees who Shakman lawyers anticipate will be among the first to get compensated are 12 city job applicants and promotions for city jobs who claim they were bypassed in favor of clout-heavy candidates since 2000.

The agreement has a $100,000 cap on individual damages. The awards will apply to those who file claims by Sept. 28 and can prove they've been bypassed for city jobs and promotions since Jan. 1, 2000.

10-18-07    To Chief Judges    Old case
Notes:    Honorable James    1:07 cv-09575
          F. Holderman and    NEWcase
          The Executive committe    1:07-c-0414
                                    NEWcase
          ②                        0:7 C 5293

Dear Chief Judge Honorable
     James F. Holderman.

     I Zachary A. McGraw Jr, I'm writing
This Letter This Letter To you and
The Executive committe. because
of The New case File 0:7 C 5293
unLawful political discrimination
in connection with hiring, Promotion.
interviews were rigged. was settle
in Judge Andersen court Room. with
city Lawyer and miller Shakman + Beem LLp.
sign by mayor Daley and city counsel.
Letter sent To me for class action
member or opt-out To Fill own
individual Lawsuit instead. For painter
Job! I no I have case 1:07-c-0414
in Judge Gettleman court Room.
Judge gave 60 day for Rely nom 11-13-
and get Lawyer For case. Retaliatio
and Reconsider case 1:01 cv:09575 From E.
Judge Ruden castillio Too me in Back
chamber not in open court gave me
26,000 and 1,000 for app-counsel, said
case was worth 76,000 But no painte
Job. That all. I'm not going to give
one person painter Job who said The
city is in wrong doing. even if The chica

Next,

10-18-07

To Chief Judge old case
Honrable James F. 1:07cv09575
Holderman and The new case
Notes: Executive committe 1:07-c-0414
new case
③ 0:7c5293

because The heavenly Justice
have power over all Justice's
and will undercover That which is cover
Judge Ruden castillo. mess up case.
delay Time making it untimely.
along with Judge Nolan Because what
Judge did in Back chamber.
That why it Like This Now. Judge
Castillo and clerk of court michae
W. Dobbins. sent Letter To deind cas
done Look good. Dealing with Judge
castillio he not fair. very un Just.
That why chief Judge and executive
committe. Resing my other case.
1:07 c-414 To Judge Gettlement
because Judge Grady did'nt want it
wrong court Room. Then Judge Gottsc
did'nt want it wrong court Room. Then
Judge Gettlement he did'nt want it
wrong court. send Back To Judge No
Then send Back To Judge Gettlement
by chief Judge Honrable James F.
Holderman, and The Executive committe
all Because of Judge Ruden castillio
Taking me out of open court To Backchan
and would'nt give me a fair opportunity.
The city is a equal opportunity empoler
I believe mayor Daley is a fair mayor.
Because America is Liberty and Justice
For all with opportunity Fairness
Next pa

10-18-07

Notes: Honorable James F. Holderman and The Executive committe

0:07 cv-09575
1:07 c-0414 New case
0:7 c-5293 New case

(4)

Commission OR E.E.O.c said in Finding come Back which more evidence. Came Back Judge did'nt want To Deal with it. gave it To Judge Nolan. Judge Nolan gave me 100 day To Rely. Then deined me. Robert Sorich and Timothy McCarthy was indicted. and Then Found guilty by jury still deined. Now Found out Judge castillo money settlement is Not on Docketsheet The 76'000 26,000 For me and 1,000 To app-counsel But case Dismiss done understand That. Found out The mayor appionted him To Judge. Well Judge did it his way. Fill New case 0:7 c:8293 unLawFully City Law political discrimination. 12,000,000 dollar. For person's who Been in jury my sandal. Judge would'nt give me JOB. in 2002, Nor Judge NoLan in 2003 Now I have The Right To The painter Justice' 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 8 painter That why I opt-out class member mowe For painter Job Hatold and damages For my Family because my Dream is Their Dream my opportunity is my Family opportunity, my success is my Family success, my Future is Their Future. That Why I stand for Justice.'

Next page

10=18=07  To chief Judge  New case
  HONOrable James. F  0:7. C 5293
  Holderman And The  New case
  Exective committle  1:07-c.0414
  old case
  1:01:CV-9575

⑤

And Now chief Judge
and The Exective committle

iN JuNe city oF chicago
send opportunity For painter
OFFER oF Employment File a
application June 26 2007.
got information From Freedom
oF information That 2 painter
were hired by city oF chicago
Not me again and Not Applic
ATioN is oN File in 2005
OR 2006 OR 2007. DONT NO
What happen said Department
oF PERSONNEL. Now it being
investigated My The city oF
chicago inspector General's office
and The chicago commission
and E.E.O.c and ILLinois Depart
ment oF Human Rights. And Now
My Family dont believe in The
court anymore because What is
happen To us. please let us
My Family be mabe whole again
in JUstice all because oF
Judge Ruden castillio Not being
Fair iN Justice. iN 2002 Back
ChambeR We which JUdge
would have been iN good Faith.

Thank you  Zachary a megan JR

10-18-07

To Chief Judges

Honorable James F.
Holderman And The
Executive committe

old case
1.01 CV-0957
New case
1:07-c-0414
New case
0:7c5293

(A.) Federal distict court has inherent
power over intertocutory orders and
may modify vacate or set aside these
orders. when it is consonant with
Justice. To do so. how ever because
of The interest in Finality. court
Should grant motions for Reconsideratc
Sparingly. Rottmond V. continental
assur.co D.C. Pa.1992 813 F. supp 1104.

(B.) plaintiffs' were entitled To a new
Trial when the Trial Judge made
Light of plaintiff's and Their witnesses
in the presence of The Jury. Agee v. 2o
C.A 8th '1961) 287. F.2d .709.
This is what Judge Ruden castillo did.
when making Light of The chicago commio
and E.E.OC Finding and Right To sue.
in Front of App-counsel and city Lawyer,
in Back Chambler and not in open court!

To chief Judges
Honorable James F.
Holderman and The
Executive committe

old case
1:01 cv -0957.
New case
1:07-c -0414
New case
0:7c 5293

Saiding he didn't care what
Chicago commion or E,E,o,c said
This is my court Room I do it
way. But what adout The Law.
good"By mr. mcGraw all This Time
Left Behind. 81 painter's have been
hired not me. For being a
whirblower for 'Justice', and
I'll Tell again for 'Justice'
STOP Living and do The Right Thing

Ⓒ
Ⓑ. it is The power of The court To us
discretion only in Furtherance of
substantial Justice and is quite
clear That seriously erroneous Result
Because The errors detailed adove
singularly and in combination constitut
Prejudice error That deprived (plaintif
of substantial 'Justice' next page

To chief Judge

Honorable James F.
Holderman and The
Executive committe

old case
1:01 cv-0957
New case
1:07 c-0414
New case
0:7 c 5293



('plaintiffs') is entitled To a
New Trial as more Fully set Forth
in The accompanying memoRandum
oF Law. Exeqtional circumstances
Judge Ruden castillo had me wait
all This Time did'nt believe The
chicago commion oR E.E.O.e
oR me dehay. The case. unusual
out oF The ordinary. very improper
I will never give up The Quest
oF 'Justice'. Do To youR pending

Respone. I will nofited Back The
mayoR and city counsel, New station,
Newpaper RepoRteR, F.B.I who said
don't Leave FederaL couRt and
The U.S. Attorney's oFFice again.
And The JuDicaL inQuiRy BoaRd.

Codies oF Dock sheet and
other documents

Thank you
Zachary A Megt.



U.S. Department of Justice

United States Attorney
Northern District of Illinois

Everett McKinley Dirksen Building       (312) 353-5300
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

November 19, 2007

Zachary A. McGraw, Jr.
1817 N. Mobile
Chicago, IL 60639

Dear Mr. McGraw:

This letter is to acknowledge receipt of your correspondence by this office on October 18, 2007. Since the basis of your compliant does not appear to be within our jurisdiction, we are unable to take any action in this matter. Complaints against judges may be directed to the Judicial Inquiry Board, 100 W. Randolph, Chicago, IL 60601. Their telephone number is (312) 814-5554. *The COURT OF Appeals* And *For Judge Ruben castili*

Very truly yours,

PATRICK J. FITZGERALD
United States Attorney

By: *Robert F. Tighe*

Robert F. Tighe
Paralegal Specialist



**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

CHAMBERS OF
**JAMES F. HOLDERMAN**
CHIEF JUDGE

TELEPHONE
312-435-5600

November 6, 2007

Mr. Zachary A. McGraw, Jr.
1817 North Mobile
Chicago, Illinois 60639

Re:   Judicial Conduct Complaint Against U.S.
District Judge Ruben Castillo, U.S. District
Judge Robert Gettleman, and U.S.
Magistrate Judge Nan Nolan

Dear Mr. McGraw:

I have reviewed your letter complaining about the conduct of United States District Judge Ruben Castillo as well as the handling of your cases by U.S. District Judge Robert Gettleman and U.S. Magistrate Judge Nan Nolan. I have reviewed the dockets of case numbers 98 C 1282, 01 C 9575, 07 C 414, and 07 C 5293. All of these cases have been dismissed for the reasons listed on their respective dockets, except for case number 07 C 414. In that case, U.S. District Judge Gettleman has given you until November 30, 2007 to reply to defendant's motion to dismiss. The record reflects that you have not yet filed a reply. I have forwarded your papers to Judge Gettleman. As the judge assigned to your case, he is the appropriate judge to consider any questions you may have regarding case number 07 C 414.

Should you wish to allege a complaint of judicial misconduct against any judge of the district or appellate court, you may follow the procedures set out in 28 U.S.C. § 351. Information and a complaint form may be found on our website at www.ilnd.uscourts.gov. Open the section labeled "Judges" and scroll down to the bottom where you will find the information and form. You can also obtain the complaint form by going to the website of the Court of Appeals: www.ca7.uscourts.gov. Open the "Forms" category and scroll down until you find a section labeled "Judicial Misconduct or Disability Complaint."

If you do not have access to a computer, you can come to the desk of the Clerk on the 27th floor of the Dirksen Federal Courthouse and obtain the complaint form in person. The people at the desk will try to answer any questions you may have.

Sincerely,

*James F. Holderman*

James F. Holderman

JFH:cb
cc w/enc.:    U.S. District Judge Robert Gettleman
U.S. District Judge Ruben Castillo
U.S. Magistrate Judge Nan Nolan



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
312-435-5600

CHAMBERS OF
**JAMES F. HOLDERMAN**
CHIEF JUDGE

June 22, 2007

Mr. Zachary A. McGraw
1817 N. Mobile St.
Chicago, IL 60639

Re:    *McGraw v. City of Chicago*
Case No. 07 C 414

Dear Mr. McGraw:

I received your letter dated June 21, 2007. Thank you for bringing this matter to my attention. The June 14, 2007 Executive Committee Order, reassigning case number 07 C 414 to Judge Nan R. Nolan, appears to have been entered in error. That order will be vacated promptly by the Executive Committee, and this case will proceed before Judge Robert W. Gettleman, as assigned on May 16, 2007.

Any concerns you have regarding case number 07 C 414 should be addressed to Judge Gettleman through a properly filed motion.

Sincerely,

James F. Holderman
Chief Judge
United States District Court

JFH:ad

cc w/enc.:  Hon. Nan. R. Nolan
            Hon. Robert W. Gettleman

*Settleman*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### ORDER OF THE EXECUTIVE COMMITTEE

It appearing that 07 C 414, *McGraw v. City of Chicago, et al.*, was initially assigned by lot to the Hon. John F. Grady; and

It further appearing that, pursuant to 28 U.S.C. 294(b), this case should have previously been reassigned by lot to another district judge of this Court; and

It further appearing that, due to a clerical error, the reassignment of this case was not completed and documents in the case were instead forwarded to the Hon. Joan B. Gottschall; therefore

It is hereby ordered that the Clerk of Court is to reassign *07 C 414, McGraw v. City of Chicago, et al.* by lot to a district judge of this Court.

ENTER:

FOR THE EXECUTIVE COMMITTEE

*James F. Holderman*
Chief Judge

Dated at Chicago, Illinois this 16th day of May, 2007.

# United States District Court
# Northern District of Illinois

In the Matter of

Zachary A. McGraw

v.                                              Case No. 07 C 414

City of Chicago Dept. Of Aviation               Designated Magistrate Judge
                                                Michael T. Mason

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the **Nan Nolan** The reasons for my recommendation are indicated on the reverse of this form.

_____

Judge Robert W. Gettleman

Dated: June 14, 2007

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the **Fugitive Calendar**.

## ENTER

## FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated:  JUN 1 4 2007

Reassignment/Named Judge  (Rev. 9/99)

*AmB*

*Gettleman*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## ORDER OF THE EXECUTIVE COMMITTEE

It appearing that 07 C 414, *McGraw v. City of Chicago, et al.*, was reassigned in error from the Hon. Robert W. Gettleman to Magistrate Judge Nan R. Nolan; therefore

It is hereby ordered that the reassignment of 07 C 414, *McGraw v. City of Chicago, et al.*, to Magistrate Judge Nolan is hereby vacated and the Clerk of Court is to reassign this case to the Hon. Robert W. Gettleman.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge

Dated at Chicago, Illinois this 22nd day of June, 2007.



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5068 0695

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

October 24, 2006

Mr. Zachary A. McGraw
1817 N. Mobile
Chicago, IL 60639

Re: EEOC Charge Against City of Chicago, Aviation Dept.
    No. 440200609158

*1:07-C0414*

*Judge Gettleman case E.E.O.C*
*in his court - Room*

Dear Mr. McGraw:

Because you filed the above charge with the Equal Employment
Opportunity Commission, and the Commission has determined that it
will not be able to investigate and conciliate that charge within
180 days of the date the Commission assumed jurisdiction over the
charge and the Department has determined that it will not file any
lawsuit(s) based thereon within that time, and because you have
specifically requested this Notice, you are hereby notified that you
have the right to institute a civil action under Title VII of the
Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq.,
against the above-named respondent.

If you choose to commence a civil action, such suit must be
filed in the appropriate Court within 90 days of your receipt of
this Notice. If you cannot afford or are unable to retain an
attorney to represent you, the Court may, at its discretion, assist
you in obtaining an attorney. If you plan to ask the Court to help
you find an attorney, you must make this request of the Court in the
form and manner it requires. Your request to the Court should be
made well before the end of the time period mentioned above. A
request for representation does not relieve you of the obligation to
file suit within this 90-day period.

This Notice should not be taken to mean that the Department of
Justice has made a judgment as to whether or not your case is
meritorious.

Sincerely,

Wan J. Kim
Assistant Attorney General
Civil Rights Division

by *Karen J. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Chicago District Office, EEOC
    City of Chicago, Aviation Dept.

City of Chicago
COMMISSION ON HUMAN RELATIONS
740 N. Sedgwick, Third Floor
Chicago, IL 60610-3478
(312) 744-4111 [Voice]
(312) 744-1081 [Facsimile] / (312) 744-1088 [TTY]

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| Zachary A. McGraw, | ) |
| COMPLAINANT, | ) Case No. 99-E-27 |
| AND | ) |
| | ) Date Mailed: August 17, 2001 |
| City of Chicago, Department of Aviation, | ) |
| RESPONDENT. | ) |

To:　Wyvonnia Ford Bridgeforth　　　　Elene F. Vitacco
　　　Law Offices of Bridgeforth　　　　Assistant Corporation Counsel
　　　1140 W. Lake Street, Suite 302　　City of Chicago/Department of Law
　　　Oak Park, IL 60301　　　　　　　30 N. LaSalle Street, Suite 1020
　　　　　　　　　　　　　　　　　　　Chicago, IL 60602

## ORDER FINDING SUBSTANTIAL EVIDENCE
## AND SETTING CONCILIATION CONFERENCE

On July 26, 2001, the Chicago Commission on Human Relations determined that, with respect to the above-captioned case, there is substantial evidence of the alleged violation of the Chicago Human Rights Ordinance ("Ordinance") against Respondent City of Chicago, Department of Aviation ("Respondent") with respect to the claim of race discrimination, relating to denial of transfer to the position of Painter.

The Commission has found no substantial evidence against Respondent City of Chicago, Department of Aviation concerning the claims and allegations of race and retaliation, relating to the discharge, and, therefore, these are hereby dismissed for lack of substantial evidence.

A mandatory Conciliation Conference to resolve the matter is scheduled for September 11, 2001, at 10:00 AM. An independent Conciliator, Martin J. Dubowsky, appointed by the Commission, will conduct the conference. Please come to the third floor of the Commission's office and you will be directed to the appropriate Conference Room.

A finding of "substantial evidence" is not a finding of liability. Rather, it is a preliminary determination that there is substantial evidence that Respondent may have violated the Ordinance.

If no settlement agreement is reached at the Conciliation Conference, the Commission shall schedule an Administrative Hearing after which it shall rule on whether or not Respondent is liable under the Ordinance.

The Conciliator will attempt to help the parties secure an agreed-upon resolution of the complaint without litigation. While the Complainant and Respondent may each be represented by one person, who may but need not be an attorney, the personal attendance at the conference by all parties is required, as is the attendance of a person with authority to settle. Attendance of an attorney only is not sufficient. See Reg. 230.110. **If a party fails to attend the conference without good cause, the Commission may assess penalties against that party, including fining the absent party, dismissing the Complainant's Complaint and defaulting the Respondent. See Reg. 230.110.** Nothing that transpires during the course of a Conciliation Conference may be disclosed by the Commission or used as evidence in any Hearing. See Reg. 230.120. The good faith and cooperation of all parties to the complaint is necessary in order to dispose of this matter amicably.

A party who seeks a continuance must serve a written motion on all other parties and file it with the Commission as soon as the reasons for the continuance are known. Any motion filed less than three days prior to the date sought to be continued will be granted only if extraordinary circumstances are shown. See Reg. 270.130(b).

(          ) For parties in which there is a parallel-filed case at the EEOC in which the EEOC deferred its work, the CCHR is sending the EEOC a copy of this order and the Investigative Summary. The EEOC may request the entire CCHR file. The EEOC shall determine whether it shall dismiss the case for lack of reasonable cause, conduct further investigation, find that there is reasonable cause of a violation, or take other steps as appropriate. The EEOC shall inform the parties of its decision in writing.

Further, the EEOC may send a representative to the Conciliation Conference described in this order. At the Conciliation Conference, the CCHR shall attempt to have the EEOC case covered by any agreement reached by the parties or to have the complainant withdraw his or her EEOC case.

By:      CLARENCE N. WOOD, Chairman

for:     CHICAGO COMMISSION ON HUMAN RELATIONS

SE-Find.Ord 3-01

2

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Zachary A. McGraw, Jr.

v.

**JUDGMENT IN A CIVIL CASE**

Case Number: 07 C 5293

The City of Chicago & Dept. of
Aviation

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been
tried and the jury rendered its verdict.

■    Decision by Court. This action came before the Court and a decision has been
rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the
defendants, The City of Chicago & Dept. of Aviation and against plaintiff, Zachary A.
McGraw, Jr.
This cause of action is dismissed in its entirety. There being no just reason for delay, this is a
final and appealable order.

Michael W. Dobbins, Clerk of Court

Date: 10/4/2007

_____
/s/ Ruth O'Shea, Deputy Clerk

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5293 | **DATE** | 10/4/2007 |
| **CASE TITLE** | Zachary A. McGraw, Jr. Vs. The City of Chicago Dept. Of Aviation | | |

**DOCKET ENTRY TEXT**

After careful review of this recently filed pro se complaint, this complaint is dismissed with prejudice because it is untimely and was filed more than five years after Plaintiff received his right to sue letter. This lawsuit also appears to be an improper refiling of Plaintiff's prior lawsuit in 01 C 9575 which was resolved by Magistrate Judge Nolan on 9/25/2002. Plaintiff's application to proceed in forma pauperis [4] and motion for appointment of counsel [5] are both denied.

Docketing to mail notices.
MAIL A0 450

| | Courtroom Deputy Initials: | RO |
|---|---|---|



July 22 2002

Zachary A. McGraw
Case Number:  1:01-cv-09575
Title:  McGraw v. City of Chgo. Dept. of Aviation


To:  Honorable Judge Ruben Castillo

   I, Zachary A. McGraw, have considered the offer extended
to me by the Honorable Judge Castillo, also, the recommen-
dations of my attorney.  However, I must humbly decline to
accept the offer.

   My heart and my spirit cries out for closure and justice in
this case.   As I behold the continued suffering of myself
and my family since 1997.  My children have been hindered
from attending college, and we lost our beloved home as a
result of this bias situation with the city.  As I acquire
more information and advice, I know I deserve more.

   I am a man who loves and provides for his family just like
any other real man does.  And for someone to deliberately
hinder and take away an opportunity from me to prosper
because of the color of my skin is a violation of my civil
rights.

   Again, I humbly ask this court for justice under the law.
He that ruleth over men must be just, ruling in the fear of
God.

I believe this is a modest request compared to the sufferings of myself and my family. However, If an agreement can't be reached, I humbly ask again, as I did in the beginning of this case in Federal court for a jury trial. I am a law abiding citizen of this great city Chicago.

1. Painters Job
2. $50,000
3. Attorney Fee
4. Seniority

Moreover, I humbly ask this court for justice.

Sincerely

*Zachary McGraw Jr.*

Zachary A. McGraw Jr.

"OFFICIAL SEAL"
ANITA D. SMITH-ARGUELLO
Notary Public, State of Illinois
My Commission Expires Sept. 22, 2003

7/23/02

(2)

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6481 | **DATE** | December 18, 2007 |
| **CASE TITLE** | ZACHARY A. McGRAW, JR. v. THE CITY OF CHICAGO, DEPARTMENT OF AVIATION | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed *in forma pauperis* [3] is granted.  The case is dismissed as frivolous.

### STATEMENT

On November 15, 2007, Plaintiff sought leave to proceed *in forma pauperis*.  I have reviewed the information submitted in conjunction with that motion, and leave is hereby granted.

However, I am dismissing Plaintiff's suit as frivolous.  A right to sue letter was issued to Plaintiff in October 2006.  The letter stated: "If you choose to commence a civil action, such suit must be filed in the appropriate court *within 90 days of your receipt of this Notice*." (Emphasis added).  Yet, Mr. McGraw waited more than a year—until November 15, 2007— before filing his complaint in this Court.  Accordingly, Plaintiff's suit is dismissed as frivolous.

Zachary A McGraw
(773) 237-3788 :
1817 North Mobile
Chicago, IL 60639

1:07-cv-06481

FRIDAY, JUNE 1, 2007
CHICAGO SUN-TIMES 'N | METRO | 19

# Judge OKs $12 million Shakman settlement

**COST OF CLOUT | Fund will go to victims of city's rigged hiring**

BY FRAN SPIELMAN
City Hall Reporter/fspielman@suntimes.com

The Daley administration will create a $12 million fund to compensate victims of Chicago's rigged hiring system — and get out from under court supervision, if it behaves

— under a settlement approved by a federal judge Thursday.

U.S. District Court Judge Wayne Andersen signed off on a settlement in the decades-old Shakman case, which stems from a federal decree that was supposed to ban political hiring and firing in city government — but didn't.

Thursday's approval came over the objections of a handful of city employees who told the court that $12 million wasn't enough and that City Hall will simply revert to its old tricks.

The mayor's former patronage chief, Robert Sorich, was convicted last summer of rigging city hiring to benefit pro-Daley armies of political workers. Former Streets and Sanitation chief Al Sanchez is awaiting trial on similar charges.

To underscore his commitment to reform, Mayor Daley signed an executive order promising that the city will not discriminate against its employees on the basis of politics, or retaliate against those who claim political discrimination. The order also requires city employees who witness political discrimination to report it to the city's inspector general.

Andersen's sign-off sets the stage for Daley to get out from under court supervision of city hiring on Dec. 31, 2008. If hiring monitor Noelle Brennan and the federal judge who approve that agree the city has substantially complied with the order.

But Andersen warned that he would be watching closely to make certain Inspector General David Hoffman is given the financial resources to vigorously police hiring. Daley has turned down Hoffman's request to double his investigative work force.

Earlier this week, Inspector Michael Shakman predicted that City Hall will revert to old ways. "If they don't comply, there'll be more indictments and a return to federal court proceedings," said Roger Flaxs.

The agreement has a $100,000 cap on individual damages. The awards will apply to those who file claims by Sept. 28 and can prove they've been bypassed for city jobs and promotions since Jan. 1, 2000.

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff(s)   Zachary A McGraw JR

                                                          )
                                                          )        Case Number: 07-6481
                                    v.                    )
                                                          )        Judge: ZAGEL
Defendant(s)   The City of Chicago                        )
               + Dept of Aviation                         )
                                                          )

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.   I, Zachary A McGraw JR _____ ,declare that I am the (check appropriate box)
     [X] plaintiff    [ ] defendant in the above-entitled proceeding and state that I am unable to afford
     the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.   In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in
     this proceeding[NOTE: This item *must* be completed]:



3.   In further support of my motion, I declare that (check appropriate box):

     [ ]  I am not currently, nor previously have been, represented by an attorney appointed by the Court
          in this or any other civil or criminal proceeding before this Court.

     [✓]  I am currently, (or previously) have been, represented by an attorney appointed by the Court
          in the proceeding(s) described on the back of this page.

4.   In further support of my motion, I declare that (check appropriate box):

     [ ]  have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
          detailing my financial status.

     [ ]  I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
          it is a true and correct representation of my financial status.

     [ ]  ve previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
          However, my financial status has changed and I have attached an Amended Application to Proceed *In
          Forma Pauperis* to reflect my current financial status.

5.        I declare under penalty that the foregoing is true and correct.

Zachary A McGraw JR                    1817 N Mobile
Movant's Signature                     Street Address

12-21-07                               Chicago, IL 60639
Date                                   City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _Ruden Castillo_    Case Number: _1:01:cu:9575_

Case Title: _Race Employment discrimination_

Appointed Attorney's Name: _Daive, Thollander_

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

*ZAChary A. McGraw SR*
_____
Plaintiff

v.

*The city of chicago + Dept of Aviation* CASE NUMBER *07 C - 6481*
_____
Defendant(s)                              JUDGE *ZAGEL*

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, *ZAChary A McGraw SR*, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☒in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?          ☐Yes        ☒No    (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2. Are you currently employed?          ☐Yes        ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____
   _____

   a.  If the answer is "No":
       Date of last employment:_____
       Monthly salary or wages:_____
       Name and address of last employer:_____
       _____

   b.  Are you married?          ☐Yes        ☐No   *Separated*
       Spouse's monthly salary or wages:_____
       Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a.  Salary or wages
       Amount  *NONE*       Received by  *NONE*       ☐Yes        ☐No

b.  ☐ Business, ☐ profession or ☐ other self-employment       ☐Yes       ☒No
Amount_____ Received by _____

c.  ☐ Rent payments, ☐ interest or ☐ dividends       ☐Yes       ☒No
Amount_____ Received by _____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                            ☐Yes       ☒No
Amount_____ Received by _____

e.  ☐ Gifts or ☐ inheritances       ☐Yes       ☒No
Amount_____ Received by _____

f.  ☐Any other sources (state source:_____)   ☐Yes       ☒No
Amount_____ Received by _____

4.  Do you or anyone else living at the same residence have more than $200 in cash or checking or
savings accounts?       ☐Yes       ☐No       Total amount: _NONE_
In whose name held: _NONE_   Relationship to you: _NONE_

5.  Do you or anyone else living at the same residence own any stocks, bonds, securities or other
financial instruments?       ☐Yes       ☒No
Property: _NONE_   Current Value:_____
In whose name held:_____ Relationship to you:_____

6.  Do you or anyone else living at the same residence own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?       ☐Yes       ☒No
Address of property:_____
Type of property:_____ Current value:   _NONE_
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.  Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                            ☐Yes       ☒No
Property:_____ _NONE_
Current value:_____
In whose name held:_____ Relationship to you:_____

8.  List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_____ _NONE_
_____

I declare under penalty of perjury that the above information is true and correct.  I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _**12-21-07**_                    _Zachary A McgrawJR_
                                        Signature of Applicant

                                        _Zachary A Mcbraw JR_
                                        (Print Name)

--------------------------------------------------------------------------------

**NOTICE TO PRISONERS:**  A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.  Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _____, I.D.#_____, has the sum of

$_____ on account to his/her credit at (name of institution)_____.

I further certify that the applicant has the following securities to his/her credit:_____.  I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).


_____          _____
          DATE                     SIGNATURE OF AUTHORIZED OFFICER


                                   _____
                                             (Print name)

**rev. 10/10/2007**

IDES CLAIM ELIGIBILITY MONETARY DETERMINATIONS     PAGE = 01

SSN 340 48 8801  0   BYB 11 14 2007 DC   00 SPOUSE SSN                  15:52:15
BYE=02/17/2008 CLM=02/18/2007 PGM=A    SUB=A TYP=A 607B=D OC=000    LEU=0039152
WBA 143.00  DC  51.00 MBA  3718.00 BALANCE  1001.00 STOP-IND YES LO  011

| ACCT/ST | --EMPLOYER NAME/DBA-- | 3/2006 | 4/2006 | 1/2007 | 2/2007 | 3/2007 |
|---------|----------------------|--------|--------|--------|--------|--------|
| 4129925 | SAFETY SERVICE SYSTEM | 3462.68 | 239.40 | 0.00 | 0.00 | 0.00 |
| A | SAFETY SERVICE SYSTEM | | | | | |
| 4366407 | CEQUR SECURITY LLC | 0.00 | 91.00 | 0.00 | 0.00 | 0.00 |
| A | CEQUR SECURITY LLC | | | | | |
| END FOR MCGRAW ZACHARY | | 3462.68 | 330.40 | 0.00 | 0.00 | 0.00 |
| | | | | | | |
| 0039152 | ADMIRAL SECURITY SERV | 0.00 | 3648.00 | 1909.50 | 0.00 | 0.00 |
| A | ADMIRAL SECURITY SERV | | | | | |
| END FOR MCGRAW ZACHARY | | 0.00 | 3648.00 | 1909.50 | 0.00 | 0.00 |
| | | | | | | |
| TOTAL WAGES BY QTR | | 3462.68 | 3978.40 | 1909.50 | 0.00 | 0.00 |

(Header: ----------------WAGES BY QUARTER---------------)

PF1-BASIC     PF2-DETIQ
SEE NEXT SCREEN FOR ADDITIONAL DATA.                        11/14/07

IDES CLAIM ELIGIBILITY MONETARY DETERMINATIONS     PAGE LAST

SSN 340 48 8801  0    BYB 11 14 2007 DC    00 SPOUSE SSN                15:52:15
BYE=02/17/2008 CLM=02/18/2007 PGM=A     SUB=A TYP=A 607B=D OC=000    LEU=0039152
WBA 143.00  DC  51.00 MBA  3718.00 BALANCE  1001.00 STOP-IND YES LO  011

                         ----------------WAGES BY QUARTER--------------
ACCT/ST --EMPLOYER NAME/DBA--  3/2006     4/2006     1/2007     2/2007     3/2007
TOTAL WAGES     9350.58   WBA 138.00   MBA 3588.00   DEP-AMT   0.00

PF1-BASIC      PF2-DETIQ
 CERT=11/10/2007 STAT=B STOP=B EXC=      RTW=00/00/0000 712 N TRUMBULL 11/14/07