IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Zachary A McGraw Jr
PLAINTIFF

VS.

City of Chicago + Dept of Aviation
DEFENDANT

CASE NO. 07C-6481

Judge ZAGEL

DEC 21 2007
FILED TG
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF MOTION**

TO: City of Chicago Department of Lawyer 121 LaSalle Chicago, IL 60602 6th Floor

On Jan-8 2008, at 10:15A a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Zagel in Courtroom 503 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Wrong case Dismiss Case - NEW is Unlawful political discrimination Not E.E.O.C. - Judge Gettlemen has That case in his courtroom (07C-414) - assigned by chief Judge Holderman. I pay For This case - 07C-6481 350.00 dollars Unlawful political discrimination Case should be reinstated.

Name: Zachary A McGraw Jr
Address: 1817 N. Mobile
City/Zip: Chicago, IL 60639
Telephone: 773-237-3788

**PROOF OF SERVICE**

I, the undersigned (plaintiff / defendant), certify that on the 21 day of Dec, 07, I served a copy of this notice to each person whom it is directed by way of In Person

Zachary A McGraw Jr
SIGNATURE / CERTIFICATION

12-21-07
DATE