**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Zachary A McGraw Jr

                Plaintiff,

v.                                               Case No.: 1:07–cv–06481
                                                      Honorable James B. Zagel

The City of Chicago, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

      MINUTE entry before Judge James B. Zagel :Motion hearing held on 1/8/2008 regarding motion not to dismiss plaintiff's complaint.[7] 7The Court will rule by mail as to MOTION by Plaintiff Zachary A McGraw, Jr., not to dismiss. [7] Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.