# United States District Court
# Northern District of Illinois

In the Matter of

Zachary A. McGraw, Jr.

v.                                                   Case No. 07 C 6481

City of Chicago, et al                        Designated Magistrate Judge
                                                                      Susan E. Cox

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman** who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

_____
Judge   /s/ James B. Zagel

Dated: January 9, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JAN -10 2008

Reassignment by Agreement (Rev. 9/99)

I agree that case number **07C6481** should be reassigned to my calendar as specifically set forth below:

I am currently presiding over case no. 07 C 414, also entitled McGraw vs City of Chicago.

---

☐   It is also agreed that if the Executive Committee approves this reassignment, the following numbered case(s) should be reassigned to the calendar of Judge _____ as replacement(s):

☐   It is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case(s) is not required.

*Robert W. Gettleman*

Judge Robert W. Gettleman

Dated: January 9, 2008