## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6481 | **DATE** | 1/16/2008 |
| **CASE TITLE** | Zachary McGraw vs. City of Chicago, Department of Aviation | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion not to dismiss is denied.

■[ For further details see text below.]　　　　　　　　　　　　　　　　　　Docketing to mail notices.

### STATEMENT

　　Plaintiff Zachary McGraw filed a pro se complaint for employment discrimination alleging that his former employer, the City of Chicago Department of Aviation, failed to promote him to a painter position because of his race and in retaliation for having filed a previous race discrimination case against the City. Judge Zagel, to whom this case was originally assigned, granted plaintiff leave to proceed in forma pauperis, but dismissed the suit as frivolous because it was filed well over a year after plaintiff received his 90 day notice of a right to sue from the EEOC. Plaintiff then filed a "Motion Not to Dismiss," which Judge Zagel apparently construed as a motion to vacate the dismissal and took under advisement. The case was then transferred to this court as related to Case No. 07 C 0414 in which plaintiff raises the same discrimination claims against the City.

　　In his "Motion Not to Dismiss" plaintiff appears to argue that because he has "opted out" of the settlement in <u>Shakman v. Democratic Organization of Cook County, et al.</u>, No. 69 C 2145, the case should not be dismissed. The instant complaint, however, contains no allegations of political discrimination which is the basis of the <u>Shakman</u> settlement. Accordingly, because Case No. 07 C 6481 is untimely and duplicative of Case No. 07 C 0414 plaintiff's Motion Not to Dismiss is denied.

| | Courtroom Deputy Initials: | GS |
|---|---|---|