MAR 17 2008



FILED

MAR 17 2008

Judge Robert ~~Gettleman~~
United ~~States District Court~~

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**

Zachary A. McGraw

V.

Case No. 07CV-6481

**Defendant(s)**

City of Chicago

Judge: Gettleman

Motion For Leave
Motion To Reopen

I the plaintiff, discovered that case #07CV06481 for unlawful political discrimination was filed in error by the office of the Clerk of the Court. The case was filed prose and should have been filed case paid for.

I was told I have the right to file a Motion to re-open this case that was assigned to Judge Zagel, then transferred to Judge Gettleman, because Judge Zagel thought this case was a late E.E.O.C. charge, and dismissed it, then vacated his decision

which was made in error. However, Judge Gettleman also said this case was untimely, which it is not, but denied it because he said, I did not have any allegations. Clerk of the court told me this case will be heard because this case was paid for.

By the rule of the Court for opt out of a class action case. Rules of the court are included in this motion along with allegations.

### Class Actions And Other Multi-Party Litigations
### Notice of Opt-Out Rights And Communications with Class Members.

In addition to requiring notice in rule 23(b)(3) classes, Rule 23(c)(3) also require that Rule 23(b)(3) Class members be given an opportunity to opt out. Apart from meeting the mechanical and timing requirements of the notice itself, a class member need not meet any standard in order to opt out.

For example, the class member need not provide an explanation for his or her decision to opt out.

Opt'Out rights serve two related functions: (First) a class member's failure to Opt out indicates consent to the jurisdiction of the Court <u>and</u> consent to be bound by the court's judgement, at least if the class has been adequately represented.

(Second), Opt'Out rights provide procedural protection to class members who desire to pursue their claims individually. Courts usually allow 30 to 60 days for a class member to Opt'Out of the Class.

Opt-out papers returned by class members are usually filed with the courts. Courts have discretion to allow 'Opt'Outs that were not filed in a timely manner, although normally a court should require good cause for deviating from the deadline set forth in the notice.

(4)

Allegations:

1. Timothy J. McCarthy, knowingly and willingly participated in City Corruption and hiring Scam, motivated by political considerations. As assistant commissioner he approved hiring in 1997 and 1998 for the Dept. of aviation. Each

2. Complainant sent letter to commissioner inquiring why I wasn't promoted. He replied stating I was not the most qualified in 1997 and in 1998. He hired persons outside the City's work force

3. Mr. McCarthy hired people without credentials which is against the City's hiring policy.

4. allowing people on list as eligible who were not qualified. To Be approved To Be hire.

5. ON Hiring criteria Rating Form on interview Report in (1998) KRAWIEC LEONARD, CROSSE JOSEPHINE, STEELE BARBARA got A higher criteria Rating Then I did and did'nt even go To Trade school OR have credentials. Going against city policy.

6. allegations USTASIEWSKI JOSEPH was promted without credentials from one Dept Two The next Dept STop me From being promted from one Dept Two The next Dept with credentials going against city policy and hire Twice McDaNiel Richard without haven credentials motivated by political considerations

7. hire (1997) EGAN Richard, VENTURINI STEVE and THEODORE Jackson OVER ME (1999) with LESS credenTials. motivated Political considerations

8. Judge Ruben castillo said in 2002 come Back IF you can Find How That got in The city of chicago work Force in Judge Back chamber before App. counsel and city Lawyer I did Because of The Shakman case Being settle by The city mayor and city council. For victims rigged hiring

allegations

9. Department of Human Resource said all are qualifications for painter statement of eligibility completion of an approved apprentice Training program in painting with Journey status. Flase and misleading Going against city policy Motivated by political considerations

10. The city policy state equal opportunity employer and zero tolerance of discrimination of any type.

11. That by case 07CV6481 Be put on status hearing settlement talk and reinstate Back to painter promotion. In Judge mason court Room case.

12. MILLER SHAKMAN + BEEM LLP ATTORNEYS did'nt need me in Their case. But Thank me For by information.

13. I did The Right Thing For my Family of opt'out For The painter Job. and all The hurt and pain in The NAME OF Justices.

Thank you
Zachary A McGraw JR



received
9/27/07
FORM 1

## OPT-OUT REQUEST FORM

### AGREED SETTLEMENT ORDER AND ACCORD
Entered in Shakman, et al. v. Democratic Organization of Cook County, et al.
(the "Shakman Case")

Date: **9-27-07**

Noelle C. Brennan
Shakman Decree Monitor
Brennan & Monte, Ltd.
20 S. Clark
Suite 1530
Chicago, IL 60603

Name: **Zachary A McGraw SR**

Address: **712 N. Trumbull**
**Chichago, IL 60624**

Telephone: **773-237-3788**

Check the Class(es) to which you belong (failure to identify a class has no effect on your right to assert a claim in any capacity in any subsequent litigation.):

___ Current City Employee
**X** Former City Employee
**X** Applicant for Employment with the City
___ Candidate for Public Office
___ Registered Voter

I wish to be excluded from membership in the settlement classes in this case.

*Zachary A McGraw Sr*
(Signature)

Error! Unknown document property name.

# MILLER SHAKMAN & BEEM LLP

ATTORNEYS AND COUNSELORS

180 NORTH LASALLE STREET
SUITE 3600
CHICAGO, ILLINOIS 60601
TELEPHONE (312) 263-3700
FAX (312) 263-3270

July 3, 2007

WRITER'S DIRECT LINE

(312) 759-7245

Via U.S. Mail
Zachary McGraw
712 N. Trumbull
Chicago, IL 60624

Dear Zachary McGraw:

I am writing because you previously contacted our office regarding patronage practices by the City of Chicago. As we stated before, we do not represent you individually. For legal advice and assistance you will need to find another attorney.

We do represent several named individuals and a class of individuals generally in a lawsuit against the City known as the Shakman case. There has been a settlement in that case. If you have been the victim of political discrimination by the City, you may be able to collect up to $100,000 out of a $12 million fund created for such victims. To do so, you will need to obtain a claim form (enclosed), complete it, and submit it to the Shakman Decree Monitor, Noelle Brennan, before September 28, 2007. Claim forms are also available on-line at www.shakmanmonitor.com or in City Hall, Room 100, 121 N. LaSalle St., Chicago, Illinois. The monitor's number is 312-750-0750. You are not required to hire an attorney to fill out a claim form. If you need assistance filling out the claim form, one of the attorneys on the enclosed list may be able to help.

Alternatively, you have the right to "opt-out" of the settlement and file your own individual lawsuit instead. To do so, you will need to file an opt-out form (enclosed) before September 28, 2007. Whether it is in your best interest to participate in the settlement or to opt-out is up to you and your attorney.

Thanks again for contacting us with helpful information and good luck with your claims.

Sincerely,

*Next page*

Fredrick E. Vars

Encls.

Exhibit III.C

# ACCORD OPT-OUT REQUEST PROCEDURES

Pursuant to the

## AGREED SETTLEMENT ORDER AND ACCORD ("ACCORD")
Entered in Shakman, et al. v. Democratic Organization of Cook County, et al. (the "Shakman Case")

### OPT-OUT REQUEST FORMS (Form 1) MUST BE RECEIVED BY THE SHAKMAN DECREE MONITOR BY SEPTEMBER 28, 2007

If you believe that you have been subjected to unlawful political discrimination in connection with hiring, promotion, overtime or any other aspect of employment with the City of Chicago prior to May 31, 2007 (the date of final approval of the Accord), you may have a claim for damages and/or injunctive relief against the City of Chicago.

The Accord creates a new claim process for anyone who believes that s/he was subjected to unlawful political discrimination between January 1, 2000 and May 31, 2007 (the date of final approval of the Accord). For details regarding the Accord Claim process, please review Section III of the Accord and the Accord Claim Procedures which are posted on the Shakman Decree Monitor's website, www.shakmanmonitor.com.

Not all class members are eligible to submit an Accord Complaint under Section III of the Accord. If you are in one of the groups described below and would like to pursue any claim of unlawful political discrimination you may have against the City of Chicago, you must submit an Opt-Out Request Form (Form 1) or your claim will be waived.

1. If your Claim involves alleged unlawful political discrimination that took place before January 1, 2000.

2. Relief under the Claim Process is limited to monetary awards. No injunctive relief, such as reinstatement or promotion, is available through the Accord Claim Process. Such injunctive relief may be available through a legal action filed in a court of law. If you would like to pursue injunctive relief, you must submit an Opt-Out Request Form (Form 1) to the Shakman Decree Monitor before September 28, 2007.

The Court will exclude from the classes any Class Member who requests exclusion. If you want to be excluded from the classes, you must give written notice of your intent to opt-out of the classes by submitting an Accord Opt-Out Request Form (Form 1) to the Shakman Decree Monitor. If you elect to pursue a remedy outside of the Accord you should act quickly to protect whatever rights you may have.

1

Exhibit III.D

# ACCORD CLAIM PROCEDURES

Pursuant to the

## AGREED SETTLEMENT ORDER AND ACCORD ("ACCORD")
Entered in *Shakman, et al. v. Democratic Organization of Cook County, et al.*
(the "Shakman Case")

**COMPLETED ACCORD CLAIM FORMS (Form 2) AND RELEASE OF CLAIMS AGAINST THE CITY OF CHICAGO FORMS (Form 3) MUST BE RECEIVED BY THE SHAKMAN DECREE MONITOR BY SEPTEMBER 28, 2007**

If you believe that you have been subjected to unlawful political discrimination in connection with hiring, promotion, overtime or any other aspect of employment with the City of Chicago ***between January 1, 2000 and May 31, 2007*** (the date of final approval of the Accord), you may submit a completed Accord Claim Form (Form 2) to the Shakman Decree Monitor to be considered for possible money damages.

Completed Accord Claim Forms (Form 2) and Release of Claims Against the City of Chicago Forms (Form 3) must be received by the Shakman Decree Monitor by September 28, 2007 (the "Claim Deadline").

Send completed Accord Claim Forms and a signed Release of Claims Against the City of Chicago to:

>   Noelle Brennan
>   Shakman Decree Monitor
>   Brennan & Monte, Ltd.
>   20 S. Clark
>   Suite 1530
>   Chicago, IL 60603

**Submitting an Accord Claim Form does not guarantee a monetary award.**

I.   **Am I Eligible to File an Accord Claim?**

You may submit an Accord Claim Form (Form 2) if (1) you applied for a job or had a job with the City of Chicago and (2) you believe that you were subjected to unlawful political discrimination in connection with any employment decision by the City of Chicago that occurred between January 1, 2000 and May 31, 2007.

"Employment decision" includes, but is not limited to, any decision involving hiring, firing, promotion, job assignment, transfer, disciplinary action and overtime.

1