IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| Zachary A McGraw JR <br> **PLAINTIFF** | CASE NO. 07CV06481 <br> JUDGE Gettleman |
| VS. | |
| The city of chicago <br> **DEFENDANT** | MAR 17 2008 <br> **FILED** |

### NOTICE OF MOTION

TO: City of chicago
Law Dept Counsel Harper
121 N' Lasalle ST. 60602
Room 600

On MAR 27, 08, at 9:15 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman in Courtroom 1703 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Motion For Leave and Motion To Reopen case 07cv06481 To Be put on status hearing settlement case and Discovery Because error was make clerk of the court put pro se and should have put case pay For. And case is Not untimily

Name: Zachary A McGraw JR
Address: 1817 N Mobile
City/Zip: Chicago, IL 60639
Telephone: 773-237-3788

### PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the MAR day of 17, 08 I served a copy of this notice to each person whom it is directed by way of in person

Zachary A McGraw JR
SIGNATURE / CERTIFICATION

3-17-08
DATE

CREATED ON 2/22/02

Case 07cv06481

UNITED STATES DISTICT COURT
NORTHERN District of ILLINOIS
EASTERN DIVISION

```
Thu Nov 15 15:18:23 2007

UNITED STATES DISTRICT COURT
    CHICAGO        , IL
Receipt No.   106 50970
Cashier       davidj

DE Code    Div No
 4684        1

Sub Acct Type Tender       Amount
1:510000  W    1          190.00
2:086900  N    1           60.00
3:086400  N    1          100.00

Total Amount       $      350.00

       NEW CASE  07CV6481  ZACHARY MCGRAW
JR
```