# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6481 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Zachary McGraw   vs   City of Chicago | | |

**DOCKET ENTRY TEXT:**

Because Judge Zagel granted leave to plaintif to proceed in forma pauperis, the $350 filing fee shall be refunded to the plaintiff.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|