

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Zachary McGraw                )
                              )
                              )
        Plaintiffs             )
                              )
vs                            )    No. 07 C 6481
                              )
                              )
City of Chicago               )
                              )
        Defendant              )

**ORDER**

Because Judge Zagel granted leave to plaintiff to proceed in forma pauperis, the $350 filing fee shall be refunded to the plaintiff Zachary McGraw.

Dated: March 27, 2008

Robert W. Gettleman
Judge of District Court