CH

F I L E D

APR 01 2008  YM
Apr 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Zachary A. McGraw

Judge Gettleman

Case No. 1:07-CV-06481

v.

Defendant(s)

City of Chicago

Motion for Leave
Motion To Re-open
Under Rule 60'B

To: Judge Gettleman
From: Zachary A. McGraw (Plaintiff)

Copy of Rule 60B
and Docket Entry text
Case# 1:07-CV-06481, For Unlawful
Political Discrimination
And Plaintiff Court Record done in error.
To reinstate case To Status hearing with
Case - 1:07-cv-'0414 STiLL pending.
The E.E.O.C case.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Zachary A. McGraw

Judge Gettleman

Case No. 1:07-CV-06481

v.

Defendant(s)

City of Chicago

Motion for Leave
Motion To Re-open
Under Rule 60'B

To: Timothy L. Swabb
City of Chicago
Law Dept. Counsel Corporation
30 North LaSalle St. Suite 1020
Chicago, IL. 60602

Copy of Rule 60B AND Docket Entry text. Case# 1:07-CV-06481, For Unlawful Political Discrimination. And Plaintiff Court Record done in error. To reinstate case to status hearing with case - 1:07-cv-0414 still pending. The E.E.O.C case.

# RULE 60

## RELIEF FROM JUDGMENT OR ORDER

(a) **Clerical Mistakes.** Clerical mistakes in judgments, orders or other parts of the record and errors therein arising from oversight or omission may be corrected by the court at any time of its own initiative or on the motion of any party and after such notice, if any, as the court orders. During the pendency of an appeal, such mistakes may be so corrected before the appeal is docketed in the appellate court, and thereafter while the appeal is pending may be so corrected with leave of the appellate court.

(b) **Mistakes; Inadvertence; Excusable Neglect; Newly Discovered Evidence; Fraud, etc.** On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment. The motion shall be made within a reasonable time, and for reasons (1), (2), and (3) not more than one year after the judgment, order, or proceeding was entered or taken. A motion under this subdivision (b) does not affect the finality of a judgment or suspend its operation. This rule does not limit the power of a court to entertain an independent action to relieve a party from a judgment, order, or proceeding, or to grant relief to a defendant not actually personally notified as provided in Title 28, U.S.C., § 1655, or to set aside a judgment for fraud upon the court. Writs of coram nobis, coram vobis, audita querela, and bills of review and bills in the nature of a bill of review, are abolished, and the procedure for obtaining any relief from a judgment shall be by motion as prescribed in these rules or by an independent action.

[Amended effective March 19, 1948; October 20, 1949; August 1, 1987.]

Case 07cv06481

UNITED STATES DISTICT COURT
NORTHERN Distict of ILLINOIS
EASTERN DIVISION

```
Thu Nov 15 15:18:23 2007

UNITED STATES DISTRICT COURT
   CHICAGO        , IL

Receipt No.    106:50970
Cashier        davidj

Df Code        Div No
4624             1

Sub Acct  Type  Tender      Amount
1:510000   N      1         190.00
2:086900   N      1          60.00
3:086400   N      1         100.00

Total Amount         $      350.00

NEW CASE  07CV6481  ZACHARY MCGRAW
                     JR
```

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6481 | DATE | 1/16/2008 |
| CASE TITLE | Zachary McGraw vs. City of Chicago, Department of Aviation | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion not to dismiss is denied.

RECEIVED
JAN 23 2008
Chief Judge James F. Holderman
United States District Court

■ [ For further details see text below.]

Docketing to mail notices.

## STATEMENT

Plaintiff Zachary McGraw filed a pro se complaint for employment discrimination alleging that his former employer, the City of Chicago Department of Aviation, failed to promote him to a painter position because of his race and in retaliation for having filed a previous race discrimination case against the City. Judge Zagel, to whom this case was originally assigned, granted plaintiff leave to proceed in forma pauperis, but dismissed the suit as frivolous because it was filed well over a year after plaintiff received his 90 day notice of a right to sue from the EEOC. Plaintiff then filed a "Motion Not to Dismiss," which Judge Zagel apparently construed as a motion to vacate the dismissal and took under advisement. The case was then transferred to this court as related to Case No. 07 C 0414 in which plaintiff raises the same discrimination claims against the City.

In his "Motion Not to Dismiss" plaintiff appears to argue that because he has "opted out" of the settlement in <u>Shakman v. Democratic Organization of Cook County, et al.</u>, No. 69 C 2145, the case should not be dismissed. The instant complaint, however, contains no allegations of political discrimination which is the basis of the <u>Shakman</u> settlement. Accordingly, because Case No. 07 C 6481 is untimely and duplicative of Case No. 07 C 0414 plaintiff's Motion Not to Dismiss is denied.

| | Courtroom Deputy Initials: | GS |
|---|---|---|

07C6481 Zachary McGraw vs. City of Chicago, Department of Aviation

Page 1 of 1

**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5068 0695

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

October 24, 2006

Mr. Zachary A. McGraw
1817 N. Mobile
Chicago, IL 60639

*Judge Gettleman*
*1:07 cv-0414*
*this is his case*

Re: EEOC Charge Against City of Chicago, Aviation Dept.
No. 440200609158

Dear Mr. McGraw:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Wan J. Kim
Assistant Attorney General
Civil Rights Division

by *Karen J. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Chicago District Office, EEOC
City of Chicago, Aviation Dept.

Order Form (01/2005)

Case 1:07-cv-06481   Document 6   Filed 12/18/2007   Page 1 of 1

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6481 | **DATE** | December 18, 2007 |
| **CASE TITLE** | ZACHARY A. McGRAW, JR. v. THE CITY OF CHICAGO, DEPARTMENT OF AVIATION | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to proceed *in forma pauperis* [3] is granted. The case is dismissed as frivolous.



### STATEMENT

On November 15, 2007, Plaintiff sought leave to proceed *in forma pauperis*. I have reviewed the information submitted in conjunction with that motion, and leave is hereby granted.

However, I am dismissing Plaintiff's suit as frivolous. A right to sue letter was issued to Plaintiff in October 2006. The letter stated: "If you choose to commence a civil action, such suit must be filed in the appropriate court *within 90 days of your receipt of this Notice*." (Emphasis added). Yet, Mr. McGraw waited more than a year—until November 15, 2007— before filing his complaint in this Court. Accordingly, Plaintiff's suit is dismissed as frivolous.

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Zachary A McGraw Jr

                                 Plaintiff,

v.                                                        Case No.: 1:07−cv−06481
                                                                    Honorable James B. Zagel

The City of Chicago, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

      MINUTE entry before Judge James B. Zagel :Motion hearing held on 1/8/2008 regarding motion not to dismiss plaintiff's complaint.[7] 7The Court will rule by mail as to MOTION by Plaintiff Zachary A McGraw, Jr., not to dismiss. [7] Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



CHAMBERS OF
**JAMES F. HOLDERMAN**
CHIEF JUDGE

TELEPHONE
312-435-5600

January 30, 2008

Mr. Zachary A. McGraw, Jr.
1817 North Mobile
Chicago, Illinois 60639

        Re:    McGraw v. City of Chicago et al (07 C 414)
              McGraw v. The City of Chicago et al (07 C 6481)

Dear Mr. McGraw:

      I am in receipt of your letter dated January 23, 2008. I have forwarded your letter to Judge Robert W. Gettleman, who is the presiding judge. He is the appropriately assigned judge to address any further questions you may have regarding case numbers 07 C 414 and 07 C 6481.

      Should you wish to allege a complaint of judicial misconduct against any judge of the district or appellate court, you may follow the procedures set out in 28 U.S.C. § 351. Information and a complaint form may be found on our website at www.ilnd.uscourts.gov. Open the section labeled "Judges" and scroll down to the bottom where you will find the information and form. You can also obtain the complaint form by going to the website of the Court of Appeals: www.ca7.uscourts.gov. Open the 'Forms" category and scroll down until you find a section labeled "Judicial Misconduct or Disability Complaint."

      If you do not have access to a computer, you can come to the desk of the Clerk on the 27th floor of the Dirksen Federal Courthouse and obtain the complaint form in person. The people at the desk will try to answer any questions you may have.

                                               Sincerely,

                                               James F. Holderman

JFH:sj
cc w/enc.:    U.S. District Judge Robert Gettleman

COX, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06481

McGraw v. The City of Chicago et al  
Assigned to: Honorable Robert W. Gettleman  
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 12/18/2007  
Date Terminated: 12/18/2007  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

Zachary A McGraw, Jr

represented by Zachary A McGraw, Jr  
(773) 237-3788  
1817 North Mobile  
Chicago, IL 60639  
(773) 533-8079  
PRO SE

V.

**Defendant**

The City of Chicago

**Defendant**

Dept. of Aviation

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2007 | 1 | COMPLAINT filed by Plaintiff Zachary A McGraw, Jr. (Exhibits). (Poor quality original. Paper document on file). (ar, ) Modified on 11/16/2007 (ar, ). Modified on 3/14/2008 (mb, ). (Entered: 11/16/2007) |
| 11/15/2007 | 2 | CIVIL Cover Sheet. (ar, ) (Entered: 11/16/2007) |
| 11/15/2007 | 3 | APPLICATION by Plaintiff Zachary A McGraw, Jr. for leave to proceed in forma pauperis and financial affidvit (Exhibits). (ar, ) (Entered: 11/16/2007) |
| 11/15/2007 | 4 | MOTION by Plaintiff Zachary A McGraw, Jr. for appointment counsel. (ar, ) (Entered: 11/16/2007) |
| 11/15/2007 | 5 | PRO SE Appearance by Plaintiff Zachary A McGraw, Jr. (ar, ) (Entered: 11/16/2007) |

| | | |
|---|---|---|
| 12/18/2007 | 6 | MINUTE entry before Judge James B. Zagel : Plaintiff's motion for leave to proceed in forma pauperis 3 is granted. The case is dismissed as frivolous. Civil case terminated. (mb, ) (Entered: 12/19/2007) |
| 12/21/2007 | 7 | MOTION by Plaintiff Zachary A McGraw, Jr., not to dismiss (Exhibits). (ar, ) (Entered: 12/26/2007) |
| 12/21/2007 | 8 | NOTICE of Motion by Plaintiff Zachary A McGraw, Jr., for presentment of his motion not to dismiss 7 before Honorable James B. Zagel on 1/8/2008 at 10:15 AM. (ar, ) (Entered: 12/26/2007) |
| 01/08/2008 | 9 | MINUTE entry before Judge James B. Zagel :Motion hearing held on 1/8/2008 regarding motion not to dismiss plaintiff's complaint. 7 7The Court will rule by mail as to MOTION by Plaintiff Zachary A McGraw, Jr., not to dismiss. 7 Mailed notice (tlp, ) (Entered: 01/08/2008) |
| 01/10/2008 | 11 | EXECUTIVE COMMITTEE ORDER: Case reassigned to Judge Robert W. Gettleman for all further proceedings. Signed by Executive Committee on 1/10/08. (mb, ) (Entered: 01/16/2008) |
| 01/11/2008 | 10 | MINUTE entry before Judge Robert W. Gettleman: Status hearing set for 1/17/2008 at 09:00 a.m.Mailed notice (gds, ) (Entered: 01/11/2008) |
| 01/16/2008 | 12 | MINUTE entry before Judge James B. Zagel : Status hearing set for 1/17/2008 at 9:00 AM.Mailed notice (drw, ) (Entered: 01/16/2008) |
| 01/16/2008 | 13 | MINUTE entry before Judge Robert W. Gettleman : Plaintiff's motion not to dismiss 7 is denied. Mailed notice (mb, ) (Entered: 01/17/2008) |
| 01/17/2008 | 14 | MINUTE entry before Judge Robert W. Gettleman: Status hearing held on 1/17/2008.Mailed notice (gds,) (Entered: 01/18/2008) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/17/2008 10:03:19 | | |
| PACER Login: | la0033 | Client Code: |
| Description: | Docket Report | Search Criteria: 1:07-cv-06481 |
| Billable Pages: | 1 | Cost: 0.08 |

CASREF, MASON

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00414

McGraw v. City Of Chicago et al
Assigned to: Honorable Robert W. Gettleman
Referred to: Honorable Michael T. Mason
    Honorable Michael T. Mason (Settlement)
Cause: 28:1331 Fed. Question: Employment Discrimination

Date Filed: 04/04/2007
Jury Demand: Both
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Zachary A McGraw, Jr**  represented by  **Zachary A McGraw, Jr**
1817 North Mobile
Chicago, IL 60639
(773) 237-3788
PRO SE

V.

**Defendant**

**City Of Chicago**  represented by  **Timothy L. Swabb**
City of Chicago, Law Department
30 North LaSalle, Suite 1020
Chicago, IL 60602
(312) 744-7630
Email: tswabb@cityofchicago.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Depies Harper**
City of Chicago, Law Department
30 North LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-5100
Email: vharper@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Depart. of Aviation**

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| | | final extension of time to 11/13/2007 to respond to the motion to dismiss. Reply is due by 11/30/2007. Mailed notice (lcw, ) (Entered: 09/20/2007) |
| 11/14/2007 | 53 | REPLY by Plaintiff to defendant's motion to dismiss reconsider of race employment discrimination and of retaliation case to reinstate. (lcw, ) (Poor quality original - Paper document on file.) Modified on 11/16/2007 (lcw, ). (Entered: 11/16/2007) |
| 11/14/2007 | 54 | REPLY by Plaintiff to defendant's response to motion to dismiss. (lcw, ) (Poor quality original - Paper document on file.) Modified on 11/16/2007 (lcw, ). (Entered: 11/16/2007) |
| 11/30/2007 | 55 | REPLY by Defendant City Of Chicago *In Support Of Partial Motion To Dismiss* (Swabb, Timothy) (Entered: 11/30/2007) |
| 01/03/2008 | | Motions No Longer Referred: MOTION by Plaintiff Zachary A McGraw, Jr to dismiss 30 , MOTION by Defendant City Of Chicago to dismiss *(Partial Motion) McGraw's Complaint of Employment Discrimination* 24 (lxs, ) (Entered: 01/03/2008) |
| 01/11/2008 | 56 | ORDER entered, signed by Judge Gettleman on 1/11/2008. The Dept. of Aviation is dismissed as a party defendant. Defendant City of Chicago's partial motion to dismiss 24 is granted. The only claim remaining is plaintiff's claim that he was denied a painter's position in retaliation for having previously filed an EEOC charge. Status hearing is set for 1/17/2008, at 9:00 a.m. Mailed notice (gds,) (Entered: 01/11/2008) |
| 01/17/2008 | 57 | MINUTE entry before Judge Robert W. Gettleman : Status hearing held. Status hearing continued to 1/31/2008, at 9:00 a.m. Mailed notice (lcw, ) (Entered: 01/23/2008) |
| 01/31/2008 | 58 | MINUTE entry before Judge Robert W. Gettleman: Status hearing held on 1/31/2008. Discovery ordered closed 5/29/2008.Status hearing set for 5/29/2008 at 09:00 a.m.Mailed notice (gds,) (Entered: 02/05/2008) |
| 02/05/2008 | 59 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Michael T. Mason for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, ) Mailed notice. (Entered: 02/05/2008) |
| 02/05/2008 | 60 | MINUTE entry before Judge Michael T. Mason : This case having been referred to Magistrate Judge Mason, an initial status hearing is set for 2/21/08 at 9:00 a.m. in courtroom 2214. No status report is required. (kef, ) (Entered: 02/05/2008) |
| 02/21/2008 | 61 | MINUTE entry before Judge Michael T. Mason :Magistrate Judge Status hearing held on 2/21/2008. Settlement Conference set for 4/8/2008 at 02:00 PM in courtroom 2214. Parties are to abide by this Court's Standing Order for Settlement Conference. Plaintiff to submit his settlement demand letter to defendant's counsel no later than 3/25/08. Defendant to submit its response letter to plaintiff no later than 4/1/08. Defendant's counsel to submit copies of both letters to chambers, room 2206, by 4/3/08. (kef, ) (Entered: 02/21/2008) |
| | | |