CH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Zachary A. McGraw
**PLAINTIFF**

VS.

City of Chicago
**DEFENDANT**

Judge Gettleman
Case No. 0:7 CV-06481

FILED
APR 01 2008 YM
Apr 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: Timothy L. Swabb
City of Chicago IL
Law Dept. counsel Corporation
30 N. LaSalle St. suite 1020

On April-17, 08, at 9:15 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman in Courtroom 1703 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present MOTION FOR LEAVE MOTION TO Re-open Under Rule 60'B. And To reinstate case To Status hearing with Case 1:07-cv-1.0414 STILL pending

Name: Zachary A Mcgraw SR
Address: 1817 N Mobile
City / Zip: Chicago, IL
Telephone: 773-237-3788

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 1 day of April, 08
I served a copy of this notice to each person whom it is directed by way of IN person

Zachary A McGraw Sr
**SIGNATURE / CERTIFICATION**

4-1-08
**DATE**