# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6481 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Zachary A. McGraw, Jr.   vs   City of Chicago, et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [16] to reopen case is continued to 4/17/2008, at 9:30 a.m.

[Docketing to mail notice]

00:15

| | Courtroom Deputy | GDS |
|---|---|---|