Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6481 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Zachary A. McGraw, Jr.   vs   City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

The Clerk of this Court is directed to return $350.00, representing the filing fee, to plaintiff, as Judge Zagel granted plaintiff's application to proceed in forma pauperis.

[Docketing to mail notice]

*Robert W. Gettleman*

00:00

| | Courtroom Deputy | GDS |
|---|---|---|