

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                     312-435-5670

May 9, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: McGraw -v- City of Chgo.

U.S.D.C. DOCKET NO. : 07 cv 6481

U.S.C.A. DOCKET NO. : 08 - 1974

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)          *1 Volume of Pleadings*

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                     Very truly yours,

                                                     Michael W. Dobbins, Clerk

                                                     By:_____
                                                         D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: mc Graw -v- City of Chicago.

USDC NO.    : 07 cv 6481

USCA NO.    : 08 - 1974

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 9th day of May 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
           D. Jordan, Deputy Clerk

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06481
### Internal Use Only

1.
McGraw v. The City of Chicago et al
Assigned to: Honorable Robert W. Gettleman

Case in other court:  08-01974

Date Filed: 12/18/2007
Date Terminated: 12/18/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

Cause: 42:1983 Civil Rights (Employment Discrimination)

**Plaintiff**

**Zachary A McGraw, Jr**     represented by **Zachary A McGraw, Jr**
(773) 237-3788
1817 North Mobile
Chicago, IL 60639
(773) 533-8079
PRO SE

V.

**Defendant**
**The City of Chicago**

**Defendant**
**Dept. of Aviation**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2007 | 1 | COMPLAINT filed by Plaintiff Zachary A McGraw, Jr. (Exhibits). (Poor quality original. Paper document on file). (ar, ) Modified on 11/16/2007 (ar, ). Modified on 3/14/2008 (mb, ). (Entered: 11/16/2007) |

| | | |
|---|---|---|
| 11/15/2007 | 2 | CIVIL Cover Sheet. (ar, ) (Entered: 11/16/2007) |
| 11/15/2007 | 3 | APPLICATION by Plaintiff Zachary A McGraw, Jr. for leave to proceed in forma pauperis and financial affidvit (Exhibits). (ar, ) (Entered: 11/16/2007) |
| 11/15/2007 | 4 | MOTION by Plaintiff Zachary A McGraw, Jr. for appointment counsel. (ar, ) (Entered: 11/16/2007) |
| 11/15/2007 | 5 | PRO SE Appearance by Plaintiff Zachary A McGraw, Jr. (ar, ) (Entered: 11/16/2007) |
| 11/15/2007 | 15 | (Court only) RECEIPT regarding payment of filing fee paid on 11/17/2007 in the amount of $350.00, receipt number 10650970 (Attachments: # 1 Receipt for payment)(mb, ) (Entered: 03/14/2008) |
| 12/18/2007 | 6 | MINUTE entry before Judge James B. Zagel : Plaintiff's motion for leave to proceed in forma pauperis 3 is granted. The case is dismissed as frivolous. Civil case terminated. (mb, ) (Entered: 12/19/2007) |
| 12/21/2007 | 7 | MOTION by Plaintiff Zachary A McGraw, Jr., not to dismiss (Exhibits). (ar, ) (Entered: 12/26/2007) |
| 12/21/2007 | 8 | NOTICE of Motion by Plaintiff Zachary A McGraw, Jr., for presentment of his motion not to dismiss 7 before Honorable James B. Zagel on 1/8/2008 at 10:15 AM. (ar, ) (Entered: 12/26/2007) |
| 01/08/2008 | 9 | MINUTE entry before Judge James B. Zagel :Motion hearing held on 1/8/2008 regarding motion not to dismiss plaintiff's complaint. 7 7The Court will rule by mail as to MOTION by Plaintiff Zachary A McGraw, Jr., not to dismiss. 7 Mailed notice (tlp, ) (Entered: 01/08/2008) |
| 01/10/2008 | 11 | EXECUTIVE COMMITTEE ORDER: Case reassigned to Judge Robert W. Gettleman for all further proceedings. Signed by Executive Committee on 1/10/08. (mb, ) (Entered: 01/16/2008) |
| 01/11/2008 | 10 | MINUTE entry before Judge Robert W. Gettleman: Status hearing set for 1/17/2008 at 09:00 a.m.Mailed notice (gds, ) (Entered: 01/11/2008) |
| 01/16/2008 | 12 | MINUTE entry before Judge James B. Zagel : Status hearing set for 1/17/2008 at 9:00 AM.Mailed notice (drw, ) (Entered: 01/16/2008) |
| 01/16/2008 | 13 | MINUTE entry before Judge Robert W. Gettleman : Plaintiff's motion not to dismiss 7 is denied. Mailed notice (mb, ) (Entered: 01/17/2008) |
| 01/17/2008 | 14 | MINUTE entry before Judge Robert W. Gettleman: Status hearing held on 1/17/2008.Mailed notice (gds,) (Entered: 01/18/2008) |
| 03/17/2008 | 16 | MOTION by Plaintiff Zachary A McGraw, Jr., to reopen case (Exhibits). (ar, ) (Entered: 03/18/2008) |
| 03/17/2008 | 17 | NOTICE of Motion by Zachary A McGraw, Jr., for presentment of his motion to reopen case 16 before Honorable Robert W. Gettleman on |

| | | |
|---|---|---|
| | | 3/27/2008 at 09:15 AM. (ar, ) (Entered: 03/18/2008) |
| 03/27/2008 | 18 | MINUTE entry before Judge Honorable Robert W. Gettleman: Because Judge Zagel granted leave to plaintiff to proceed in forma pauperis, the $350 filing fee shall be refunded to the plaintiff. Mailed notice (mb, ) (Entered: 03/28/2008) |
| 03/27/2008 | 19 | ORDER Signed by Judge Honorable Robert W. Gettleman on 3/27/2008:(mb, ) (Entered: 03/28/2008) |
| 03/27/2008 | 22 | ~~MINUTE entry before Judge Honorable Robert W. Gettleman: Plaintiff's motion 16 to reopen case is continued to 4/17/2008 at 09:30 AM. Mailed notice (mb, ) (Entered: 04/04/2008)~~ |
| 04/01/2008 | 20 | MOTION for leave motion to re-open under Rule 60'B by Plaintiff Zachary A McGraw, Jr. to reopen case. (Exhibits) (mb, ) (Entered: 04/03/2008) |
| 04/01/2008 | 21 | ~~NOTICE of Motion by Zachary A McGraw, Jr for presentment of motion to reopen case 20 before Honorable Robert W. Gettleman on 4/17/2008 at 09:15 AM. (mb, ) (Entered: 04/03/2008)~~ |
| 04/03/2008 | 23 | MINUTE entry before Judge Honorable Robert W. Gettleman: The Clerk of this Court is directed to return $350.00, representing the filing fee, to plaintiff, as Judge Zagel granted plaintiff's application to proceed in forma pauperis. Mailed notice (mb, ) (Entered: 04/07/2008) |
| 04/17/2008 | 24 | MINUTE entry before Judge Honorable Robert W. Gettleman:Motions to reopen case 16 20 are denied. Motion hearing held on 4/17/2008. Mailed notice (gds, ) (Entered: 04/22/2008) |
| 04/18/2008 | 25 | NOTICE of appeal by Zachary A McGraw, Jr regarding orders 24 Filing fee $ 455.00. Receipt #4624001110. (dj, ) (Entered: 04/22/2008) |
| 04/22/2008 | 26 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 04/22/2008)~~ |
| 04/22/2008 | 27 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 25 . Notified counsel (dj, ) (Entered: 04/22/2008)~~ |
| 04/23/2008 | 28 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 25 ; USCA Case No. 08-1974 (mb, ) (Entered: 04/25/2008)~~ |
| 04/28/2008 | 29 | ~~SEVENTH CIRCUIT transcript information sheet by Zachary A McGraw, Jr (Poor Quality Original - Paper Document on File.) (mb, ) (Entered: 04/30/2008)~~ |
| 05/05/2008 | 30 | ~~SEVENTH CIRCUIT transcript information sheet by Zachary A McGraw, Jr. (Poor Quality Original - Paper Document on File). (mb, ) (Entered: 05/07/2008)~~ |
| 05/05/2008 | 31 | ~~SEVENTH CIRCUIT transcript information sheet by Zachary A~~ |

|  | ~~McGraw, Jr. (Poor Quality Original - Paper Document on File). (mb, ) (Entered: 05/07/2008)~~ |
|---|---|

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**

Page 4 of  4